reasons for this order pursuant to Rules 30.25(b) and 84.16(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Robert CASEY, Defendant/Appellant.**

**No. 58205.**

Missouri Court of Appeals, Eastern District, Division One.

July 16, 1991.

Kathleen G. Green, St. Louis, for defendant-appellant.

William L. Webster, Atty. Gen., Joseph P. Murray, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

Defendant appeals his conviction of burglary in the second degree.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

**Vicky Lou (Martin) WOMBLE, Appellant,**

v.

**Patrick Michael MARTIN, Respondent.**

**No. 58923.**

Missouri Court of Appeals, Eastern District, Division Two.

July 16, 1991.

Steven Eugene Jordon, Farmington, for appellant.

Daniel Patrick Fall, Fredericktown, for respondent.

ORDER

PER CURIAM.

Mother appeals the trial court's grant of father's motion to modify the judgment granting custody of their children to mother. Mother contends the trial court erred in that custody was transferred without a change of circumstances of the children or the custodial parent, and that the change was not necessary to serve the best interests of the children.

A change in circumstances did occur. Mother remarried. She moved the children to a home with no hot water and no toilet facilities. Neither she nor her husband held steady jobs. Further, the guardian ad litem recommended the transfer.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An opinion would have no precedential value. Judgment is affirmed in accordance with Rule 84.16(b).